Craig B. Sanders, Esq. (SBN 284397)
csanders@sanderslawpllc.com
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
Attorneys for Plaintiff
BWP Media USA Inc. d/b/a Pacific Coast News

```
FILED
CLERK, U.S. DISTRICT COURT
MAY 1, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA, INC., *Plaintiff*, vs. BARRY DILLER, INC., *Defendant*. | Docket No: 2:13-cv-05591-SVW-CW  **ORDER ON NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**  IT IS SO ORDERED.  [signature]  DATED: MAY 1, 2014  _____  STEPHEN V. WILSON |

PLEASE TAKE NOTICE, that Plaintiff BWP Media USA, Inc. ("Plaintiff") hereby dismiss all claims in this action without prejudice as to Defendant Barry Diller, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This dismissal is without costs against any party and of all claims against Defendant in the present action. Thus, Plaintiff respectfully requests that this Court dismiss this case without prejudice.

Dated: April 30, 2014

-1-